ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BERNARDO REYES,

Plaintiff,

v.

PREMIER HOME FUNDING, INC., a California corporation, WORLD SAVINGS BANK, FSB, WACHOVIA BANK, N.A., and JOEL MADERA CANDELARIO,

Case No. C08-04606 JW

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff BERNARDO REYES, by and through his counsel, Fair Housing Law Project, and Defendants WACHOVIA MORTGAGE, FSB, and WACHOVIA BANK, N.A., by and through their counsel, Anglin, Flewelling¸ Rasmussen¸ Campbell & Trytten LLP hereby stipulate as follows:

The Case Management Conference in this case is currently set for hearing on February 9, 2009 at 10:00 a.m.

Because there is a motion hearing calendared for March 23¸ 2009¸ the parties request that the case management conference be scheduled for the same date as the motion hearing.

IT IS SO STIPULATED.

Dated: January 27, 2009

FAIR HOUSING LAW PROJECT

/s/_______________________________
Annette D. Kirkham
Attorneys for Plaintiff

Dated: January 27, 2009

Anglin, Flewelling¸Rasmussen¸Campbell & Trytten LLP

_/s/____________________________________
Fred Hickman
Attorneys for Defendants
Wachovia Mortgage, FSB and Wachovia Bank, N.A.

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 27, 2009, at San Jose, California.

______/s/_____________________
Annette D. Kirkham

**[PROPOSED] ORDER**

Upon review of the parties' stipulation requesting a continuance of the Case Management Conference from February 9, 2009 to a date that is convenient for the Court or March 23, 2009 and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference in this case will be continued to: **March 23, 2009 at 10:00 AM.** The Parties are to file an updated Joint Case Management Conference Statement on or before **March 13, 2009.**

Dated: February 4, 2009

United States District Judge James Ware