ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDO REYES,<br><br>             Plaintiff,<br><br>       v.<br><br>PREMIER HOME FUNDING, INC., a California corporation, WORLD SAVINGS BANK, FSB, WACHOVIA BANK, N.A., and JOEL MADERA CANDELARIO, | Case No.  C08-04606 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE** |

Plaintiff BERNARDO REYES, by and through his counsel, Fair Housing Law Project, and Defendant WACHOVIA MORTGAGE, FSB ("Wachovia"), by and through its counsel, Fred Hickman of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP hereby stipulate as follows:

The deadline for the parties to complete Alternative Dispute Resolution (ADR) is June 9, 2009. The parties intend to conduct mediation as soon as possible after a new mediator is assigned. After the first mediation date was set, that mediator withdrew from the matter voluntarily. Then, a second mediator was designated by the ADR office, but Wachovia objected because that mediator disclosed a potential conflict of interest, due to ongoing work for a corporate affiliate of Wachovia. The ADR office will soon appoint a new mediator.

Therefore, the parties request that the court extend the ADR deadline to August 10, 2009.

IT IS SO STIPULATED.

Dated: May 28, 2009           FAIR HOUSING LAW PROJECT

/s/
Annette D. Kirkham
Attorneys for Plaintiff

Dated: May 28, 2009           Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP

/s/
Fred Hickman
Attorneys for Defendant
Wachovia Mortgage, FSB

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2009 at San Jose, California.

/s/
Annette D. Kirkham

# [~~PROPOSED~~] ORDER

Upon review of the parties' stipulation requesting a continuance of the June 9, 2009 Alternative Dispute Resolution deadline to August 10, 2009 and good cause appearing:

IT IS HEREBY ORDERED that the Alternative Dispute Resolution deadline in this case will be continued to: August 10, 2009.

Dated: June 23, 2009

*/s/ James Ware*
United States District Judge James Ware