**DENIED**

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDO REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMIER HOME FUNDING, INC., a California corporation, WORLD SAVINGS BANK, FSB, WACHOVIA BANK, N.A., and JOEL MADERA CANDELARIO, | Case No.  C08-04606 JW<br><br>**ORDER DENYING THE PARTIES' STIPULATION TO CHANGE BRIEFING SCHEDULE** |

  Presently before the Court is the parties' Stipulation to Change Briefing Schedule for Defendant's Motion for Reconsideration set for hearing on **October 26, 2009 at 9 a.m.**  (Docket Item No. 58.)  Since Plaintiff has filed its Opposition on October 5, the Stipulation is Moot.  In addition, the parties' proposed briefing schedule does not provide the Court with sufficient time to consider the papers.  However, since October 12, 2009 is a federal Holiday, Defendant may file its Reply on October 13, 2009.

  The Court encourages the parties to continue their good faith settlement efforts.

Dated:  October 7, 2009

JAMES WARE
United States District Judge