ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
KIM PERDERSON (STATE BAR NO. 234785)
kimp@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
152 North Third Street, Third Floor
San Jose, CA 95112
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff BERNARDO REYES

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*
*3/17/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDO REYES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PREMIER HOME FUNDING, INC., a California corporation, WORLD SAVINGS BANK, FSB, WACHOVIA BANK, N.A., and JOEL MADERA CANDELARIO, | Case No. C08-04606 JW<br><br>**REQUEST TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR FINAL PRE-TRIAL STATEMENT AND [PROPOSED] ORDER** |

Plaintiff BERNARDO REYES, by and through his counsel, Fair Housing Law Project, and Defendant WACHOVIA MORTGAGE, FSB, by and through its counsel, Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP hereby stipulate as follows:

Pursuant to the Court's October 2, 2009 Preliminary Pretrial Conference Scheduling Order, the parties are to submit their final joint pretrial conference statement no later than March 26, 2010. The final pretrial conference is scheduled for April 26, 2010. On March 8, 2010, the Court continued the hearing on Defendant Wachovia's Motion for Summary Judgment to April 5, 2010.

Because the final pretrial conference statement requires a brief description of the claims and defenses remaining to be decided and there will not be a decision on the summary judgment motion at the time the parties are currently required to file their final pretrial statement, the parties request that they be able to file their Final Pretrial Conference Statement on April 19, 2010, after the court issues a decision on the summary judgment motion.

Dated: March 11, 2010         FAIR HOUSING LAW PROJECT

                              /s/_____
                              Annette D. Kirkham
                              Attorneys for Plaintiff


Dated: March 11, 2010         Anglin, Flewelling, Rasmussen, Campbell &
                              Trytten LLP

                              /s/_____
                              Fred Hickman
                              Attorneys for Defendant
                              Wachovia Mortgage, FSB

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2010 at San Jose, California.

                              /s/_____
                              Annette D. Kirkham

# [~~PROPOSED~~] ORDER

Upon review of the parties' request for an extension of the deadline to file their final joint pretrial statement and good cause appearing,

IT IS HEREBY ORDERED that:

The parties can file their joint final pretrial conference statement on **April 16, 2010.** All other deadlines shall remain unchanged.

Dated:  March 17, 2010

_____
United States District Judge James Ware