1
2
3
4
5
6

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bernardo Reyes, | NO. C 08-04606 JW |
| Plaintiff, | **ORDER VACATING TRIAL SCHEDULE;** |
| v. | **SETTING FURTHER PRETRIAL** |
| Premier Home Funding, Inc., et al., | **CONFERENCE** |
| Defendants. | |
| _____/ | |

On April 26, 2010, the Court conducted a Final Pretrial Conference in this case.  The case is scheduled to begin trial on May 11, 2010.  At the Conference, the parties represented that they would benefit from additional time to engage their settlement efforts.  In light of the parties' representations, the Court finds good cause to vacate the present trial schedule to accommodate the parties' settlement efforts.

Accordingly, the Court VACATES the trial schedule.  On or before **June 4, 2010**, the parties shall complete their mediation efforts.  On **June 14, 2010 at 11 a.m.**, the parties shall appear for a Further Pretrial Conference.  On or before, **June 4, 2010**, the parties shall file a Joint Further Pretrial Conference Statement.  The Statement shall update the Court on the parties' settlement efforts and the parties' readiness for trial and offer of respective proposals for trial dates.

Dated:  April 27, 2010

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Annette D. Kirkham annettek@lawfoundation.org
     Frederick James Hickman fhickman@afrct.com
3    Frederick James Hickman fhickman@afrct.com
     James F. Zahradka jamesz@lawfoundation.org
4    Kimberly Pederson kimp@lawfoundation.org
     Mark Tyler Flewelling mtf@afrct.com
5    Noah Zinner nzinner@heraca.org
     Rex Thames Reeves rreeves@reeveslawoffices.com
6

7
     **Dated:  April 27, 2010**                          **Richard W. Wieking, Clerk**
8

9                                                        **By:____/s/ JW Chambers_____**
                                                             **Elizabeth Garcia**
10                                                           **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28