ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
KIM PEDERSON (STATE BAR NO. 234785)
kimp@lawfoundation.org
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
151 North Third Street, Third Floor
San Jose, CA 95112
Telephone:  (408) 280-2410
Facsimile:  (408) 293-0106
Attorneys for Plaintiff BERNARDO REYES

Fred Hickman (State Bar No. 124406)
   fhickman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
      CAMPBELL & TRYTTEN LLP
199 S. Los Robles Ave., Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax:  (626) 577-7764

Attorneys for Defendant and Third-Party Plaintiff
WORLD SAVINGS BANK, FSB
now WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A. (formerly a.k.a.
WACHOVIA MORTGAGE, FSB)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDO REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PREMIER HOME FUNDING, INC. et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINTS | Case No. C08-04606 JW<br><br>**[PROPOSED]**<br>**ORDER ON STIPULATION FOR WACHOVIA MORTGAGE TO FILE THIRD-PARTY COMPLAINT IN IMPLEADER** |

1   ALL PARTIES hereby stipulate to the proposed order permitting Defendant and Third-Party Plaintiff Wachovia Mortgage, a division of Wells Fargo Bank, N.A., ("Wachovia") to file and serve the proposed Third-Party Complaint, and on the following terms.

   1.   The new parties and claims added in the Wachovia Third-Party Complaint shall not be a factor in the trial setting of Plaintiff's case or the liability phase of Wachovia's pending third-party complaint against The Escrow Forum.

   2.   New information came to light as a result of several recent depositions which indicate that additional impleader is appropriate. These depositions were those of (1) Mr. Satish Dass, principal of Premier Home Funding, which occurred on April 27; (2) the deposition of Plaintiff Bernardo Reyes, which occurred on May 27; and, (3) the deposition of Plaintiff's spouse, which commenced on June 3.

   3.   The persons that Wachovia seeks to add by way of its Third-Party Complaint for indemnity and related remedies are all intimately involved with the loan origination put at issue by Plaintiff. The new Third-Party Complaint by Wachovia would add the loan broker's principal and supervising real estate broker, Satish Dass, and the entity which brokered this loan, Premier Home Funding, Inc. and its related company Premier Group Lending, the sales manager of Premier, Mr. Chirag Patel, a person believed to have been involved as a sales agent of Premier, Mr. David Gradstein, as well as the persons who were involved in a direct capacity with purportedly delivering or not delivering loan documents and obtaining signatures on loan documents from Plaintiff and his spouse, Olga Salazar, namely: Rafael Montejano, Joel Candelario and Guadalupe Montoya Candelario. Already, The Escrow Forum has named and served the Candelarios and Mr. Montejano in its third-party claim in this action. The new parties brought in would be Satish Dass, Chirag Patel, and David Gradstein, persons directly involved in the brokered loan on behalf of Premier, it is alleged.

   4.   A true and correct copy of Wachovia's proposed Third-Party Complaint is attached hereto as Exhibit "A."

   [signatures of counsel on next page]

2

PROPOSED ORDER ON STIP TO FILE 3RD PARTY COMPLAINT
IN IMPLEADER - 207097

1    IT IS SO STIPULATED.

2   Dated: June 10, 2010                        **FAIR HOUSING LAW PROJECT**

3

4                                                 /s/ Annette D. Kirkham
                                                 Annette D. Kirkham
5                                                Attorneys for Plaintiff
                                                 BERNARDO REYES
6

7

8

9   Dated: June 10, 2010                        ANGLIN, FLEWELLING, RASMUSSEN
                                                     CAMPBELL & TRYTTEN LLP
10

11
                                                By:   /s/ Fred Hickman
12                                                    Fred Hickman
                                                      fhickman@afrct.com
13                                              Attorneys for Defendant Attorneys for Defendant
                                                and Third-Party Plaintiff WORLD SAVINGS
14                                              BANK, FSB now WACHOVIA MORTGAGE, a
                                                division of WELLS FARGO BANK, N.A.
15                                              (formerly a.k.a. WACHOVIA MORTGAGE, FSB)

16

17
    Dated: June 11, 2010                        L. Scott Karlin, Esq.
18
                                                By:   /s/ L. Scott Karlin
19                                                    L. Scott Karlin
                                                      Email:
20                                              Attorneys for Cross-Defendant, The Escrow Forum

21

22

23              ATTESTATION PURSUANT TO GENERAL ORDER 45

24       I, Frederick J. Hickman, attest that concurrence in the filing of this document has been
    obtained from each of the signatories. I declare under penalty of perjury under the laws of the
25  United States of America that the foregoing is true and correct. Executed this day, June 10, 2010.

26
                                                 /s/ Fred Hickman
27

28
                                                3
    PROPOSED ORDER ON STIP TO FILE 3^(RD) PARTY COMPLAINT
    IN IMPLEADER  -  207097

# [~~PROPOSED~~] ORDER

**IT IS ORDERED:**

For good cause appearing and based on the stipulation of counsel, Defendant and Third-Party Plaintiff Wachovia Mortgage, a division of Wells Fargo Bank, N.A. (formerly named World Savings Bank, FSB and Wachovia Mortgage, FSB) may file the Third-Party Complaint, dated June 10, 2010, and the clerk of the court shall issues summonses as appropriate.

The Defendant and Third Party Plaintiff Wachovia Mortgage shall file their Third-Party Complaint as a separate docket entry by **June 25, 2010.**

Dated:    June 21, 2010

*James Ware*
The Honorable James Ware
United States District Judge