IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bernardo Reyes, | NO. C 08-04606 JW |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| Premier Home Funding, Inc., et al., | |
|     Defendants. | |

Pursuant to the Court's September 24, 2010 Order Granting Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiff Bernardo Reyes against Defendant Premier Home Funding, Inc.

Judgment is entered in the amount of $29,737.50, which consists of $22,237.50 in statutory damages under 12 U.S.C. § 2607(d)(2) and $7,500.00 under Cal. Bus. & Prof. Code § 17203.

The Clerk shall close this file.

Dated: September 24, 2010

                                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annette D. Kirkham annettek@lawfoundation.org
Chirag Patel kcpatel94@cox.net
Frederick James Hickman fhickman@afrct.com
James F. Zahradka jamesz@lawfoundation.org
Karin Easter Gurwell karineastergurwell@hotmail.com
Kimberly Pederson kimp@lawfoundation.org
Mark Tyler Flewelling mtf@afrct.com
Noah Zinner nzinner@heraca.org
Rex Thames Reeves rreeves@reeveslawoffices.com

**Dated: September 24, 2010**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**