ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
KIM PEDERSON (STATE BAR NO. 234785)
Kimp@lawfoundation.org
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, CA 95112
Telephone:  (408) 280-2410
Facsimile:  (408) 293-0106

Attorneys for Plaintiff BERNARDO REYES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose)

| | |
|---|---|
| BERNARDO REYES,<br><br>    Plaintiffs,<br><br>v.<br><br>PREMIER HOME FUNDING, ET AL.,<br><br>    Defendants. | Case No.  C08-04606 JW<br><br>NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER |

Plaintiff Bernardo Reyes and Defendant Joel M. Candelario (hereinafter "the parties")
have reached a settlement in this matter.  Therefore, the parties hereby apply for and stipulate
to issuance of an order dismissing Joel M. Candelario from this action with prejudice, subject
to the terms of the settlement agreement executed by the parties.

So stipulated.

1  Date:

2

3

4

5  Date: 3/8/11

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

FAIR HOUSING LAW PROJECT

/s/_____
Annette D. Kirkham
Attorneys for Plaintiff Bernardo Reyes

/s/ Karin Easter Gurwell
Karin Easter Gurwell
Attorneys for Defendant
Joel M. Candelario

Notice of Settlement and Stipulation for Dismissal and Proposed Order
Reyes v. Premier Home Funding, et al., C08-04606          2

Date: 3/9/11

FAIR HOUSING LAW PROJECT

/s/
Annette D. Kirkham
Attorneys for Plaintiff Bernardo Reyes

Date:

/s/
Karin Easter Gurwell
Attorneys for Defendant
Joel M. Candelario

1

[~~PROPOSED~~] ORDER

2

3    Based upon the foregoing application and stipulation and good cause appearing, it is

4  hereby ordered that Plaintiff Bernardo Reyes's complaint against Joel M. Candelario is

5  dismissed with prejudice subject to the terms of the settlement agreement executed by the

6  parties.

7

8  Dated: March 11 , 2011

*James Ware*

9                                The Honorable James Ware
                                 United States District Chief Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29